# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| JOHN MILEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06-0137-CV-W-DW |
| GREG SMITH FORD & LINCOLN MERCURY, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 24). Pursuant to the stipulation, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE. See Fed. R. Civ. P. 41(a)(1). The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.

Date: January 31, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court